## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.:  8:18-cr-497-T-24AEP                    Date:  August 15, 2019

U.S.A. v. Jacob Nathaniel Montgomery

**HONORABLE SUSAN C. BUCKLEW**                   Interpreter:  n/a

Court  Reporter:  Melissa Pierson              Courtroom Deputy:  Susan Saylor

Attorney(s) for Government:                    Attorney(s) for Defendant:
 Gregory Nolan                                  Stephen Crawford, CJA

Time:  8:37   -   9:17   = .40

### CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

X    Deft sworn.                                 USPO:  Stephen Edwards

X    Defendant is adjudged guilty on Count 1 of the Indictment (plea agreement).

X    Imprisonment:   **51 Months** as to Count 1 to run consecutive to sentencing imposed in state court cases 2018CF1220 & 2018CF2282 of Pasco County circuit Court, New Port Richey, Florida.

X    The Court makes the following recommendations to the Bureau of Prisons:
     (X) Confinement at FCI Coleman.
     (X) Defendant to participate in the 500 hour Residential Drug Abuse Program (RDAP).
     (X) Other: Receive mental health counseling and treatment if needed.

X    Supervised Release:  **3  Years** as to Count 1

X    Fine is **waived.**

X    Special Assessment:  $100.00     (X)  To be paid immediately.

X    Special conditions of ( ) probation (X) supervised release:

X    Defendant shall participate, as directed by the Probation Officer, in a substance abuse program (outpatient and/or inpatient) and follow the Probation Officers instructions regarding the implementation of this court directive. Further, you shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.  Upon completion of a drug or alcohol dependency treatment program you are directed to submit to testing for the detection of substance use or abuse not to exceed 104 tests per year.

X    Defendant shall participate as directed in a program of mental health treatment (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

X    The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

X    Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

X   The defendant shall submit to a search of his person, residence, place of business, any storage units under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

X   Defendant is remanded to the custody of the US Marshal.

X   Defendant advised of right to appeal and to counsel on appeal.

X   Defendant on the record informs the Court that he is satisfied with the representation of his attorney.

X   Defendant's Oral request for downward variance is DENIED by the Court.

OTHER: Deft's mother, Laura Montgomery spoke on his behalf.
The deft stated that on March 7, 2018 he knew that he was a convicted felon and processed a firearm.

Court: over ruled deft's objections paragraphs 18, 23. 27 & 94 (Base offense level)

Total Offense Level:   17
Criminal History Category:   VI
Imprisonment Range:   51   -   63 months
Supervised Release Range:   1 - 3 years
Restitution: n/a
Fine Range: $10,000   to   $95,000
Special Assessment:   $100

X   Defendant is found indigent for purposes of appeal.